Magistrate Judge Carol B. Whitehurst
United States District Court
Western District of Louisiana
Lafayette Division
Case No. 6:19-cv-00041
Q Apartment DK A/S versus Thompson et al
August 31, 2020



Dear Judge Whitehurst:

I am a defendant in the referenced case, and have ownership in the corporate Defendant. My previous attorney, Edward C. Abell, Jr., a partner in the Onebane law firm, who also represented the corporate Defendant, withdrew as Counsel of Record. The reason was my and the company's inability to pay legal fees.

I remain unable to pay legal fees because of the state of the oil and gas business. I have been attempting to get funding for my business so that I can pay legal fees. Upon obtaining funds, I intend to bring Mr. Abell current and be able to provide a escrow fund with the Onebane law firm. I believe if I am able to do that Mr. Abell will consider resuming representing me and the corporate defendant.

Mr. Abell has knowledge of the case that will take another attorney some time to bring himself up to date on, which can delay the case.

I respectfully request more time to obtain funds to either ask Mr. Abell to resume my and the company's representation under a financial arrangement satisfactory to Mr. Abell and the Onebane law firm or to be able to retain another attorney.

I called your office last week and left a voice message but did not hear back. This morning I called again and the Clerk's office asked that I handle my request with this letter, which I am hand delivering. My number is 337-278-9094.

Best Regards,

*Marsden W Miller*

Marsden W. Miller, Jr.