Marsden N. Miley, Jr
301 E. Kaliste Saloom Road
Lafayette, LA 70508

U S DISTRICT COURT
WESTERN DISTRICT
OF LOUISIANA
FILED

2020 AUG 31 PM 3:07

TONY R. MOORE
CLERK
BY: _____
DEPUTY

Magistrate Judge Carol B. Whitehurst
United States District Court
Western Division of Louisiana
Lafayette Division