UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| Q APARTMENTS DK A/S | CIVIL ACTION NO. 19-cv-0041 |
| VERSUS | JUDGE DRELL |
| RODERICK THOMPSON ET AL | MAGISTRATE WHITEHURST |

**************************************************************************

### MOTION TO RE-ENROLL AS COUNSEL FOR MARSDEN W. MILLER, et al

Now comes Edward C. Abell, Jr, who requests permission of the Court to re-enroll as counsel for Marsden W. Miller, Miller Thompson & Partners LLC and Miller Thompson, Inc. in this matter.

Respectfully submitted,

BY : s/ Edward C. Abell, Jr
  Edward C. Abell, Jr. T.A. (LA# 2284)
  abelled38@gmail.com
  119 Kimball Drive
  Lafayette, LA  70508
  Telephone: (337) 501-4443
ATTORNEY FOR  Marsden W. Miller,

Miller Thompson & Partners LLC and

Miller Thompson, Inc.

### CERTIFICATE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all known counsel of record who are participants.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

None known.

Lafayette, Louisiana, this 8th day of February  2022.

  s/     Edward C. Abell, Jr.
    EDWARD C. ABELL, JR.

Case 6:19-cv-00041-DDD-CBW Document 62 Filed 02/09/22 Page 2 of 2 PageID #: 297