UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **Q APARTMENTS DK A/S** | **CIVIL ACTION NO. 19-cv-0041** |
| **VERSUS** | **JUDGE DRELL** |
| **RODERICK THOMPSON ET AL** | **MAGISTRATE WHITEHURST** |

*************************************************************************

**ORDER**

The foregoing motion to re-enroll considered,

IT IS HEREBY ORDERED that Edward C. Abell, Jr, is re-enrolled as counsel for Marsden W. Miller, Miller Thompson & Partners LLC and Miller Thompson, Inc. in this matter.

Signed this _____ Day of February 2022 in Lafayette, Louisiana.

_____
DISTRICT JUDGE